**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES BENNINGTON,<br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., d/b/a TJX DIGITAL MEMPHIS MERCHANTS, LLC,<br>Defendant. | ) | No. 2:26-cv-02632-SHL-tmp |

**ORDER FOR PLAINTIFF TO SHOW CAUSE REGARDING SERVICE OF PROCESS**

This matter came before the Court on Plaintiff James Bennington's Complaint, filed June 3, 2026. (ECF No. 1.) Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The docket provides no indication that Defendant has been served, and the deadline for Plaintiff to serve Defendant has passed.

Accordingly, Plaintiff is hereby **ORDERED** to show cause by **NOVEMBER 20, 2026**, as to why the case should not be dismissed for failure to effectuate service. Failure to do so by November 20 will result in the dismissal of this action without prejudice.

**IT IS SO ORDERED,** this 13th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE